UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MICHAEL AARON BAKER,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CHERYL STRANGE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-5072-RJB-TLF<br><br>ORDER TO PROVIDE ADDRESS UNDER SEAL |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge Theresa L. Fricke. On March 23, 2023, the Court directed service of Plaintiff's Complaint through e-mail on the named Defendants. Dkt. 10. The Clerk's Office e-mailed the Complaint and waiver of service forms to each Defendant through the Washington State Attorney General's Office.

On May 22, 2023, Assistant Attorney General Katherine Faber ("Attorney Faber") filed a Notice Regarding Inmate Pro Se Service Documents stating the Attorney General's Office is unable to waive service on behalf of Defendant James Westfall because he is no longer an employee of the Washington State Department of Corrections. Dkt. 18. Attorney Faber further stated that, at the direction of the Court, she could submit Defendant Westfall's last known address under seal. *Id.*

In the interests of justice and judicial efficiency, the Court orders Attorney Faber to file the last known address for Defendant Westfall under seal on or before June 1,

ORDER TO PROVIDE ADDRESS UNDER SEAL - 1

2023, so the Court can again attempt service on Defendant Westfall while protecting the privacy of this information. *See Sellers v. United States*, 902 F.2d 598, 602 (7th Cir. 1990).

      Defendant Westfall may also satisfy this Order by filing waivers of service and by having counsel enter a notice of appearance on his behalf. All service documents with said address(es) shall also be **filed under seal**.

Dated this 25th day of May, 2023.

Theresa L. Fricke
United States Magistrate Judge

ORDER TO PROVIDE ADDRESS UNDER SEAL - 2